# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Frederick L. Allen and Nautilus Productions, LLC ) <br> *Plaintiff* ) <br> v. ) <br> Patrick Lloyd McCrory, Governor of the State of NC, et al ) <br> *Defendant* ) | Case No. 5:15-cv-627 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 12/01/2015

/s/ David McKenzie
*Attorney's signature*

David Loar McKenzie, NC State Bar No. 36376
*Printed name and bar number*

Olive & Olive, P.A.
500 Memorial Street
PO Box 2049
Durham, NC 27702
*Address*

dmckenzie@oliveandolive.com
*E-mail address*

(919) 683-5514
*Telephone number*

(919) 688-3781
*FAX number*