IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Case No. 5:15-cv-627

| | |
|---|---|
| FREDERICK L. ALLEN and<br>NAUTILUS PRODUCTIONS, LLC<br>                Plaintiffs<br>v.<br>ROY A. COOPER, as Governor of the State of North Carolina, et al<br>                Defendants | **ORDER** |

      This matter coming before the Court on Plaintiffs' motion that proceedings herein be stayed pending final determination of the appeals filed by some but not all of the defendants, and the cross-appeal filed by Plaintiffs, and it appearing to the Court that good cause is set forth and that the parties are in agreement,

      IT IS ORDERED that proceedings herein be stayed, and the required joint report of the parties be deferred, until after a final appellate decision is received.

      This _10_ day of _May_, 2017.

                                                _/s/ Terrence Boyle_
                                                TERRENCE W. BOYLE
                                                UNITED STATES DISTRICT JUDGE