UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil Case No. 5:15-cv-627-BO

| FREDERICK L. ALLEN and<br>NAUTILUS PRODUCTIONS, LLC<br>Plaintiffs<br>v.<br>ROY COOPER, Governor of the State of<br>North Carolina, *in his official capacity*, et al.,<br>Defendants | PLAINTIFFS' MOTION FOR<br>RECONSIDERATION<br>[Fed.R.Civ.P. 60(b)(6)] |
|---|---|

    Plaintiffs Frederick Allen and Nautilus Productions, LLC (collectively, "Allen") move pursuant to Rule 60(b)(6) for this Court to reconsider its Order (DE #69) dismissing Count III of Allen's amended complaint against the State of North Carolina and its actors, and in which Allen sets out federal statutory and constitutional grounds for his complaint against those parties. The grounds for this motion are set forth in Allen's memorandum filed herewith.

    As stated in the memorandum, should the Court grant reconsideration and thereby reinstitute this lawsuit, Allen will seek permission from the Court to amend his complaint so as to even more clearly set out the facts supporting his cause of action, as further explained in the memorandum.

Respectfully submitted, this 4th day of September 2020.

>**OLIVE & OLIVE, P.A**.
>Attorneys for Plaintiffs
>
>/s/ Susan Freya Olive
>**Susan Freya Olive**
>  NC Bar No. 7252
>**David L. McKenzie**
>   NC State Bar No. 36376
>P. O. Box 2049
>Durham, North Carolina 27702
>Telephone:  (919) 683-5514
>Email: emailboxEDNC@oliveandolive.com
>
>**POE LAW FIRM, PLLC**
>Attorneys for Plaintiffs
>
>/s/ Joe Poe
>**G. Jona Poe Jr.**
>  NC State Bar No. 5920
>Poe Law Firm PLLC
>PO Box 15455
>Durham, North Carolina 27704
>Telephone: (919) 471-4015
>Email: joe@poelaw.com

### **Certificate of Service**

I certify that I served the foregoing document by filing it through the CM/ECF system, which will automatically serve file-stamped copies of the same upon all parties through their counsel of record in this matter, on this the 4th day of September, 2020.

>/s/ Susan Freya Olive
>**Susan Freya Olive**