UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-627

| | |
|---|---|
| FREDERICK L. ALLEN and NAUTILUS PRODUCTIONS, LLC, )<br>Plaintiffs, )<br>v. )<br>)<br>ROY COOPER, et al., )<br>)<br>Defendants. ) | **NOTICE OF APPEAL** |

State Defendants hereby notice their appeal to the United States Court of Appeals for the Fourth Circuit from the district court's order [D.E. 118] entered on August 18, 2021 that granted plaintiffs' motion for reconsideration of an order dismissing plaintiffs' takings claim against State Defendants and permitted the amendment of plaintiffs' complaint overriding the State Defendants' assertion of sovereign immunity.

This the 20th day of September, 2021.

    JOSHUA H. STEIN
    Attorney General

    */s/ Olga E. Vysotskaya de Brito*
    Ms. Olga E. Vysotskaya de Brito
    Special Deputy Attorney General
    N.C. Dept. of Justice
    P.O. Box 629
    Raleigh, NC 27602
    Telephone: (919) 716-0185
    Facsimile: (919) 716-6759
    Email: ovysotskaya@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing Notice of Appeal was filed electronically using the Court's ECF system, which will send notice electronically to all counsel of record who have entered an appearance in this case.

This the 20th day of September, 2021.

/s/ *Olga E. Vysotskaya de Brito*
Ms. Olga E. Vysotskaya de Brito
Special Deputy Attorney General