FILED: September 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2040
(5:15-cv-00627-BO)

_____

FREDERICK L. ALLEN; NAUTILUS PRODUCTIONS, LLC

      Plaintiffs - Appellees

v.

ROY A. COOPER, III, Governor of North Carolina; KEVIN CHERRY, Deputy Secretary of the North Carolina Department of Natural and Cultural Resources, individually and in his official capacity; KARIN COCHRAN, Chief Deputy Secretary of the North Carolina Department of Natural and Cultural Resources, individually and in her official capacity; CARY COX, Assistant Secretary, Marketing and Communications of the North Carolina Department of Natural and Cultural Resources, individually and in her official capacity; SUSAN WEAR KLUTTZ, Secretary of the North Carolina Department of Natural and Cultural Resources, individually and in her official capacity; STEPHEN R. CLAGGETT, a/k/a Steve Claggett, State Archaeologist, individually and in his official capacity; JOHN W. MORRIS, a/k/a Billy Ray Morris, Deputy State Archaeologist - Underwater and Director of Underwater Archaeology Branch of the North Carolina Department of Natural and Cultural Resources, individually and in his official capacity; NORTH CAROLINA DEPARTMENT OF NATURAL AND CULTURAL RESOURCES; STATE OF NORTH CAROLINA

      Defendants - Appellants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:15-cv-00627-BO |
| Date notice of appeal filed in originating court: | 09/20/2021 |
| Appellant(s) | Roy A. Cooper, III; Kevin Cherry; Karin Cochran, Cary Cox; Susan Wear Kluttz, Stephen R. Claggett; John W. Morris; North Carolina Department of Natural and Cultural Resources; State of North Carolina |
| Appellate Case Number | 21-2040 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |