IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Case No. 5:15-cv-627-BO

| FREDERICK L. ALLEN and NAUTILUS PRODUCTIONS, LLC<br>Plaintiffs<br>v.<br>ROY A. COOPER, as Governor of the State of North Carolina, et al<br>Defendants | ORDER |
|---|---|

This matter is before the Court on Plaintiffs' motion that proceedings herein be stayed pending final determination of the appeal filed by the State of North Carolina Defendants, as identified in their Notice of Appeal. It appears to the Court that there is good cause and that the parties are in agreement.

IT IS ORDERED that proceedings herein be stayed, and the filing of Plaintiffs' Second Amended Complaint and of their response to Defendants' pending Motion for Reconsideration [D119] shall each be deferred, until after a final appellate decision is received. The State Defendants' reply for their Motion for Reconsideration is likewise deferred until final appellate decision is received.

SO ORDERED. This ___ day of September, 2021.

Terrence W. Boyle
United States District Judge