IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00627-BO

FREDERICK L. ALLEN and NAUTILUS )
PRODUCTIONS, LLC, )
)
        Plaintiffs, )
v. )     O R D E R
)
ROY A. COOPER, Governor of North )
Carolina, *et al.*, )
)
        Defendants. )

This matter is before the Court on its own motion. On 29 March 2024, the Court stayed this matter in anticipation of the Supreme Court's decision in *DeVillier v. Texas*, 601 U.S. 285 (2024). That case has been decided and was carefully considered by the Court in preparing its forthcoming order on Defendants' motions under Rule 12 of the Federal Rules of Civil Procedure. Accordingly, the Court, in the exercise of its discretion, ORDERS that the stay in this matter is LIFTED.

SO ORDERED, this **29** day of August 2024.

                                                  *Terrence Boyle*
                                                TERRENCE W. BOYLE
                                                UNITED STATES DISTRICT JUDGE