UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-627

| | |
|---|---|
| FREDERICK L. ALLEN and NAUTILUS PRODUCTIONS, LLC, <br><br>      Plaintiffs,<br>v.<br><br>ROY COOPER, et al.,<br><br>      Defendants. | **NOTICE OF APPEAL** |

State Defendants hereby notice their appeal to the United States Court of Appeals for the Fourth Circuit from those parts of the district court's order [D.E. 168] entered on August 30, 2024 that denied defendants' motions to dismiss the second amended complaint.

This the 30th day of September, 2024.

                                                JOSHUA H. STEIN
                                              Attorney General

*/s/ Olga E. Vysotskaya de Brito*
Ms. Olga E. Vysotskaya de Brito
Special Deputy Attorney General
North Carolina State Bar No. 31846
N.C. Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-0185
Facsimile: (919) 716-6759
Email: ovysotskaya@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing Notice of Appeal was filed electronically using the Court's ECF system, which will send notice electronically to all counsel of record who have entered an appearance in this case.

This the 30th day of September, 2024.

*/s/ Olga E. Vysotskaya de Brito*
Ms. Olga E. Vysotskaya de Brito
Special Deputy Attorney General