**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Western Division**
**Civil Case No. 5:15-cv-627-BO**

| | |
|---|---|
| FREDERICK L. ALLEN and NAUTILUS PRODUCTIONS, LLC<br>    Plaintiffs<br><br>              v.<br><br>JOSHUA STEIN, Governor of the State of North Carolina, *in his official capacity*, et al.,<br>                              Defendants | **JOINT STATUS REPORT** |

On September 30, 2024, this Court stayed all proceedings pending the outcome of an appeal by the State of North Carolina to the United States Court of Appeals for the Fourth Circuit. (Dkt 176). In its Order, the Court required that the parties file a joint status report within 14 days following issuance of the appellate mandate.

Plaintiff reports that the United States Court of Appeals for the Fourth Circuit has now issued an opinion (Dkt 180), Judgment (Dkt 181), and after denying Plaintiff's petition for rehearing (Dkt 183), issued on March 2, 2026, its Mandate (Dkt 184), remanding the case and ordering proceedings consistent with the opinion and dismissal of all claims against the North Carolina Defendants, with prejudice. Counsel apologize for failing to timely file the status report, which based on the mandate's date of issue was due to the Court on **March 16**.

**The current status of the case, beyond the decision briefly summarized above, is as follows:**

No further proceedings have yet been filed.

Plaintiffs represent to the Court, through their counsel, that they intend to file, and are in the process of preparing, a petition for certiorari to the United States Supreme Court, seeking review of the

1

opinion and judgment of the Court of Appeals for the Fourth Circuit. Plaintiffs therefore request that the Court's stay of proceedings remain in effect pending the outcome of this petition.

Defendants' Position: Without waiving any objections to personal jurisdiction or consenting to the Court's jurisdiction by virtue of submitting this Status Report, Defendants take the following position: The Fourth Circuit issued its mandate on March 2, 2026. Dkt. 184. Consistent with that mandate, this Court should "close this litigation by dismissing the North Carolina defendants and all claims lodged and pending against them herein, with prejudice." Allen v. Stein, 165 F.4th 272, 292 (4th Cir. 2026).

Respectfully submitted this 20th day of March, 2026.

**COUNSEL FOR PLAINTIFFS:**

/s/ Susan Freya Olive
**Susan Freya Olive**
  NC Bar No. 7252
**OLIVE & OLIVE, P.A**.
Attorneys for Plaintiffs
P. O. Box 2049
Durham, North Carolina 27702
Telephone:  (919) 683-5514
Email:
emailboxEDNC@oliveandolive.com

**Adam Adler**
   DC Bar ID 888324890 (by
   special appearance)
**REICHMAN JORGENSEN LEHMAN &
   FELDBERG LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Email: aadler@reichmanjorgensen.com

**G. Jona Poe Jr.**
  NC State Bar No. 5920
**POE LAW FIRM, PLLC**
PO Box 15455
Durham, North Carolina 27704
Telephone: (919) 471-4015
Email: joe@poelaw.com

**Elliot S. Abrams**
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919)-832-0739 (FAX)
elliot.abrams@cheshirepark.com

**COUNSEL FOR DEFENDANTS:**

**JEFF JACKSON**
**North Carolina Attorney General**

/s/ Olga E. Vysotskaya de Brito

Olga E. Vysotskaya de Brito
Special Deputy Attorney General
North Carolina State Bar No. 31846
North Carolina Dept. of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-0185
Facsimile: (919) 716-6759
Email: ovysotskaya@ncdoj.gov

3