IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-627-BO

FREDERICK L. ALLEN and NAUTILUS )
PRODUCTIONS, LLC, )
)
          *Plaintiffs*, )
)
v. )         O R D E R
)
JOSHUA H. STEIN, Governor of North )
Carolina, *et al.*, )
)
          *Defendants*. )

    This matter is before the Court following entry of the mandate of the court of appeals. By opinion filed January 23, 2026, this Court's 2021 order granting plaintiffs' motion for reconsideration was reversed, all subsequent orders were held for naught, and the matter was remanded with instructions "to close this litigation by dismissing the North Carolina defendants and all claims lodged and pending against them herein, with prejudice." [DE 180]; *Allen v. Stein*, 165 F.4th 272, 292 (4th Cir. 2026).

    Mandate having issued, [DE 184], this case is once again before this Court. In accordance with the mandate of the court of appeals, the North Carolina defendants and all claims that have been lodged and are pending against them are hereby DISMISSED with prejudice. The Clerk is DIRECTED to close this case.

SO ORDERED, this **7** day of April 2026.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE