# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 05/06/26 | District: Eastern District of North Carolina | District Case No.: 5:15-CV-627-BO |
|---|---|---|
| ✔ First NOA in Case | **Division:** Western | **4CCA No(s). for any prior NOA:** 17-01522, 17-01602, 21-02040, 24-1954 |
| ___ Subsequent NOA-same party | **Caption:** | **4CCA Case Manager:** |
| ___ Subsequent NOA-new party | | |
| ___ Subsequent NOA-cross appeal | Allen et al v. McCrory et al | |
| ___ Paper ROA    ___ Paper Supp. | | Cathy Herb, Cathy Poulsen, Taylor Bar |
| Vols: _____ | | |
| Other: _____ | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement**-Criminal Case:
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address**-Criminal Case:

**Fee Status:**
___ No fee required (USA appeal)     ✔ Appeal fees paid in full     ___ Fee not paid

**Criminal Cases:**
___ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**District Judge:** James C. Dever, III

**Court Reporter** (list all):
Linda Little
Michelle McGirr
Wanda Castantino
Cissy High

**Coordinator**: Shelia Foell

**Sealed Status** (check all that apply):
✔ Portions of record under seal
___ Entire record under seal
___ Party names under seal
___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
___ Assembled electronic record transmitted
___ Additional sealed record emailed to 4cca-filing
___ Paper record or supplement shipped to 4CCA
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
✔ Assembled electronic record available if requested
___ Additional sealed record available if requested
___ Paper record or supplement available if requested
___ No in-court hearings held
___ In-court hearings held – all transcript on file
✔ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: Donna Rudd     Phone: 252-830-6009     Date: 05/07/26

01/2012